# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ROBINSON, | 1:11-cv-0940 MJS (PC) |
| Plaintiff, | ORDER TO FILE A COMPLAINT |
| vs. | |
| FEDERAL BUREAU OF PRISONS WESTERN REGIONAL OFFICE, et al., | (ECF No. 1) |
| Defendant. | 30-DAY DEADLINE |

Plaintiff Gary Robinson ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 1, 2011, Plaintiff filed a Motion for a Temporary Restraining Order to initiate this action. (Mot., ECF No. 1.) An action can not originate with a motion. Plaintiff must file a Complaint to initiate an action. (Fed. R. Civ. P. 3.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff file a Complaint within **thirty (30) days** of service of this order;
2. The Clerk's Office shall send Plaintiff a 28 U.S.C. § 1983 complaint form; and
3. **Plaintiff's failure to comply with this Order will result in dismissal of**

-1-

**this action.**

IT IS SO ORDERED.

Dated:  July 6, 2011                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE