# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ROBINSON, | 1:11-cv-0940-OWW-MJS (PC) |
| Plaintiff, | VOLUNTARY DISMISSAL OF ACTION |
| v. | |
| FEDERAL BUREAU OF PRISONS WESTERN REGIONAL OFFICE, | (ECF No. 8) |
| Defendant. | CLERK SHALL CLOSE CASE |

Plaintiff Gary Robinson ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated June 1, 2011, by Plaintiff's filing of a Motion for a Temporary Restraining Order. (ECF No. 1.) Plaintiff failed to file a Complaint. On July 7, 2010, the Court ordered Plaintiff to file a complaint. (ECF No. 7.) Instead, on July 29, 2011, Plaintiff filed a Motion to Withdraw, asking to withdraw his Complaint. (ECF No. 8.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's motion to withdraw is read as a notice of dismissal.

1  Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED
2 without prejudice.
3  The Clerk shall CLOSE this case.
4 IT IS SO ORDERED.
5 **Dated:  August 5, 2011**          /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE